JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA C.D., <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] <br> Defendant. | Case No. 2:18-cv-03568-KES <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: March 14, 2019

/s/ Karen E. Scott
KAREN E. SCOTT
United States Magistrate Judge

---

[1] Effective November 17, 2017, Ms. Berryhill's new title is "Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security."